ALBIE B. JACHIMOWICZ          SBN 104549
JACHIMOWICZ LAW GROUP
1530 The Alameda, Suite 115
San Jose, CA 95126
Telephone: (408) 246-5500
Email: albie@jachlawgroup.com

CARLEEN R. ARLIDGE          SBN 079725
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone:  (408) 288-8533
Facsimile: (408) 445-1861

Attorneys For Defendant Brandon Glover

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-18-00348 LHK / SVK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION REGARDING MODIFICATION OF TERMS AND CONDITIONS OF RELEASE |
| BRANDON CHARLES GLOVER, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by the United States, by and through its undersigned counsel, and defendant Brandon Charles Glover, by and through his undersigned counsel, that the terms and conditions set by the United States District Court for the Northern District of Florida, Orlando Division and adopted by this Court are modified as follows:

(1) Defendant must appear at all proceedings unless allowed by the Court to appear through a telephone appearance or otherwise excused by the Court.

(2) Defendant is permitted supervised computer and internet access under the following conditions:

    (a) Defendant's device(s) shall be held in the custody of his aunt, Theresa Robertson, and

1

(b) Defendant may use such device(s) only in the presence of Ms. Robertson. The existing condition that Defendant is prohibited from engaging in any computer hacking remains in force and effect.

IT IS SO STIPULATED.

Dated: November 9, 2018        /s/
                               ALBIE B. JACHIMOWICZ
                               Attorney For Defendant Glover

Dated: November 9, 2018        /s/
                               CARLEEN R. ARLIDGE
                               Attorney For Defendant Glover

Dated: November 9, 2018        /s/
                               SUSAN KNIGHT
                               Assistant United States Attorney

ALBIE B. JACHIMOWICZ        SBN 104549
JACHIMOWICZ LAW GROUP
1530 The Alameda, Suite 115
San Jose, CA 95126
Telephone: (408) 246-5500
Email: albie@jachlawgroup.com

CARLEEN R. ARLIDGE        SBN 079725
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone:  (408) 288-8533
Facsimile: (408) 445-1861

Attorneys For Defendant Brandon Glover

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRANDON CHARLES GLOVER, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR-18-00348 LHK / SVK <br><br> [PROPOSED] <br> ORDER MODIFYING TERMS AND <br> CONDITIONS OF RELEASE |

Upon stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the Conditions of Release and Appearance is modified as follows:

(1) Defendant must appear at all proceedings unless allowed by the Court to appear through a telephone appearance or otherwise excused by the Court.

(2) Defendant is permitted supervised computer and internet access under the following conditions:

    (a) Defendant's device(s) shall be held in the custody of his aunt, Theresa Robertson, and

    (b) Defendant may use such device(s) only in the presence of Ms. Robertson.

1

The existing condition that Defendant is prohibited from engaging in any computer hacking remains in force and effect.  All other terms and conditions of release remain the same.

Dated: _____                    _____
                                                  Susan van Keulen
                                                  United States Magistrate Judge