ALBIE B. JACHIMOWICZ        SBN 104549
JACHIMOWICZ LAW GROUP
1530 The Alameda, Suite 115
San Jose, CA 95126
Telephone: (408) 246-5500
Email: albie@jachlawgroup.com

CARLEEN R. ARLIDGE           SBN 079725
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone:  (408) 288-8533
Facsimile: (408) 445-1861

Attorneys For Defendant Brandon Glover

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

BRANDON CHARLES GLOVER,

            Defendant.

NO. CR-18-00348 LHK / SVK

[PROPOSED]
ORDER MODIFYING TERMS AND
CONDITIONS OF RELEASE

Upon stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the Conditions of Release and Appearance is modified as follows:

(1) Defendant must appear at all proceedings unless allowed by the Court to appear through a telephone appearance or otherwise excused by the Court.

(2) Defendant is permitted supervised computer and internet access under the following conditions:

    (a) Defendant's device(s) shall be held in the custody of his aunt, Theresa Robertson, and

    (b) Defendant may use such device(s) only in the presence and under the

1 supervision of Ms. Robertson.

2     The existing condition that Defendant is prohibited from engaging in any computer
3 hacking remains in force and effect.  All other terms and conditions of release remain the same.

4

5 Dated: _____11/13/18_____      _____
    Susan van Keulen
6     United States Magistrate Judge