UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. BRANDON CHARLES GLOVER, VASILE MERECRE
5:18-CR-00348-LHK

**Court Proceedings:** Status Conference, Wednesday, January 09, 2019
**Location/Time in Court**: Courtroom 7, 9:22-9:26 a.m. (4 minutes)

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Fisher
**Interpreter:** None requested

**Representing Plaintiff:** Susan Knight for the United States of America
**Representing Defendant:** Albie Jachimowicz and Carleen Arlidge for Brandon Glover
Doron Weinberg and Ron Gainer for Vasile Mereacre

Hearing held. Defendants present and out of custody.

The Court heard motions from Defense counsel to permit the defendants to waive travel for defendants to physically appear for the next hearing date. The Court granted the request and ordered that the defendants appear by telephone. Counsel for defendants to arrange the necessary CourtCall appearances.

The Court continued the matter as to both defendants to **March 13, 2019** at 9:15 a.m. for Further Status hearing.

The Court **GRANTED** the parties' motion for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendants in a speedy trial, and excluded time from January 9, 2019 through and including March 13, 2019. The reason for the finding was that failure to grant the continuance would deny the parties reasonable time for effective preparation, taking into account the exercise of due diligence, continuity of counsel, and for additional reasons as stated on the record, per 18 U.S.C. §3161(h)(7)(B)(iv).

Court adjourned.