ALBIE B. JACHIMOWICZ    SBN 104549
JACHIMOWICZ LAW GROUP
1530 The Alameda, Suite 115
San Jose, CA 95126
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
Email: albie@jachlawgroup.com

CARLEEN R. ARLIDGE    SBN 079725
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone:  (408) 288-8533
Facsimile: (408) 445-1861
Email: craatty@aol.com

Attorneys For Defendant Brandon Glover

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-18-00348 LHK / SVK |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION FOR ORDER PERMITTING TELEPHONIC APPEARANCE OF DEFENDANT |
| BRANDON CHARLES GLOVER, | ) | |
| Defendant. | ) | |

The parties hereto, Albie B. Jachimowicz and Carleen R. Arlidge appearing for Defendant Brandon Glover and Susan Knight, Assistant U.S. Attorney appearing for plaintiff, hereby acknowledge a defendant's right to appear in person before the Court in any and all proceedings and, at the Court's discretion, to make the appearance telephonically.

The parties agree that as to this defendant, it is highly likely that the case will resolve but given the complexity of matters relating to any change of plea, further discussions are necessary. Thus, it is anticipated that at the next court appearance on September 18, 2019, the parties will be requesting a date for the change of plea rather than setting the case for trial.

As the defendant lives out-of-state and has previously complied with the requirements of

appearing telephonically, it is agreed to request an order from the Court permitting the defendant to appear telephonically for the September 18th proceeding.

Dated: 09/03/2019                              /s/
                                               Albie B. Jachimowicz
                                               Attorney For Defendant Glover

Dated: 09/03/2019                              /s/
                                               Carleen R. Arlidge
                                               Attorney For Defendant Glover

Dated: 09/03/2019                              /s/
                                               Susan Knight
                                               Assistant United States Attorney

[Proposed] ORDER

Upon agreement by counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Glover appearance for the status hearing now set for September 18, 2019 may be made telephonically by way of the court approved process.

Dated: _____                  _____
                                               LUCY H. KOH
                                               United States District Judge