UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 3, 2021    **Time:** 2:31 PM – 2:37 PM    **Judge:** LUCY H. KOH
(6 minutes)

**Case No.:** 18-cr-00348-LHK-1, -2    **Case Name:** UNITED STATES v. Brandon Charles Glover-1 (P)(C:N); Vasile Mereacre-2 (P)(C:N)

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Carleen Arlidge for Brandon Charles Glover (1); Doron Weinberg for Vasile Mereacre (2)

**Deputy Clerk:** Kassandra Dibble    **Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested    **Probation Officer:** Not present

## PROCEEDINGS

Status Conference re: Sentencing held via Zoom videoconference remotely. All parties, including both defendants, appeared by videoconference.

The parties provided a status update to the Court. Further Status Conference re: Sentencing SET for **Wednesday, November 3, 2021 at 9:15 AM**.