STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Email: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRANDON GLOVER, and<br>VASILE MEREACRE,<br><br>    Defendants. | No. CR 18-00348 BLF<br><br>**STIPULATION TO REQUEST THAT THE COURT ALLOW DEFENDANTS TO APPEAR VIRTUALLY AT THE OCTOBER 25, 2022 STATUS HEARING; [PROPOSED] ORDER** |

The parties submitted a stipulation to continue the sentencing status hearing set for August 2, 2022 to October 25, 2022. The Court approved the stipulation on July 18, 2022. Given the circumstances set forth in that stipulation, the fact that each of the defendants reside outside of California, and in light of this Court's previous approval for remote appearances by the defendants at the August 2nd hearing, the parties respectfully request that the Court allow defendants Brandon Glover and Vasile Mereacre to appear virtually at the status hearing on October 25, 2022. The attorneys will appear in person.

//

SO STIPULATED:

DATED: 8/2/22                                         Respectfully submitted,

                                                      STEPHANIE M. HINDS
                                                      United States Attorney

                                                      /s/ Susan Knight
                                                      _____
                                                      SUSAN KNIGHT
                                                      Assistant United States Attorney


DATED: 8/2/22                                         /s/ Carleen R. Arlidge
                                                      _____
                                                      CARLEEN R. ARLIDGE
                                                      ALBIE JACHIMOWICZ
                                                      Counsel for Defendant Glover


DATED: 8/2/22                                         /s/ Doron Weinberg
                                                      _____
                                                      DORON WEINBERG
                                                      Counsel for Defendant Mereacre

## [PROPOSED] ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the defendants Brandon Glover and Vasile Mereacre appear virtually on October 25, 2022. The Court FURTHER ORDERS that all counsel shall appear in person.

SO ORDERED.

DATED: _____

                                                      _____
                                                      HONORABLE BETH LABSON FREEMAN
                                                      United States District Judge